UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOUIS JAMES THIBODEAUX,

          Plaintiff,

   v.

RON HAYNES, *et al.*,

          Defendants.

Case No. C21-5326-BHS-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On August 24, 2021, Plaintiff submitted a document requesting that the Court put a hold on his complaint for six months due to his lack of access to a law library. (Dkt. # 23 at 1.) However, because a scheduling order has yet to issue, there are no deadlines in this matter to stay. Accordingly, Plaintiff's motion to stay (dkt. # 23) is DENIED without prejudice.

Dated this 25th day of August, 2021.

          Ravi Subramanian
          Clerk of Court

          By: /s/Tim Farrell
               Deputy Clerk

MINUTE ORDER - 1