UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LOUIS JAMES THIBODEAUX,

        Plaintiff,

    v.

RON HAYNES, *et al.*,

        Defendants.

Case No. C21-5326-BHS-MLP

MINUTE ORDER

    The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

    This matter is before the Court on Plaintiff's Motion for Summary Judgment ("Plaintiff's Motion") and Defendants' Cross-Motion for Summary Judgment ("Defendants' Cross-Motion"), which will both become ripe for the Court's consideration on December 10, 2021. (Dkt. ## 37, 40.) On December 8, 2021, Defendants filed a reply to Defendants' Cross-Motion that contained a motion to strike requesting the Court to strike a report (dkt. # 48-1 at 38-48), which Plaintiff submitted with his November 30, 2021 declaration. (Dkt. # 49 at 2-3.)

    Based on Defendants' inclusion of a motion to strike with the submission of their reply, the Clerk is directed to re-note Plaintiff's Motion (dkt. # 37) and Defendants' Cross-Motion for the Court's consideration on **December 27, 2021**. Pursuant to Local Civil Rule 7(d)(3), Plaintiff

MINUTE ORDER - 1

is permitted to file a response to Defendant's motion to strike on or before **December 20, 2021,** and Defendants are permitted to file a reply on or before **December 27, 2021.** This will conclude the briefing on the parties' motions currently pending before the Court.

Dated this 9th day of December, 2021.

Ravi Subramanian
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2